IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TRAVIS WILLIAMS,** | : | |
| Petitioner, | : | |
| VS. | : | |
| | : | NO. 5:25-cv-00151-MTT-CHW |
| **HOUSTON COUNTY, GEORGIA,** | : | |
| | : | **PROCEEDINGS UNDER 28 U.S.C. § 2254** |
| Respondent. | : | **BEFORE THE U.S. MAGISTRATE JUDGE** |

## ORDER

*Pro se* Petitioner Travis Williams, a prisoner in Coffee Correctional Facility in Nicholls, Georgia, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. He has not, however, paid the $5.00 filing fee or moved to proceed *in forma pauperis*.

Petitioner is, therefore, **ORDERED** to either pay the $5.00 filing fee or move to proceed *in forma pauperis* by filing "the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the [prison]." Habeas Corpus R. 3(a)(2). Petitioner shall have **FOURTEEN (14) DAYS** to comply with this Order and his failure to do so may result in dismissal of this action. Also, Petitioner must keep the Court informed of any address change and his failure to do so may result in dismissal of his action.

The Clerk of Court is **DIRECTED** to forward a copy of the standard motion to proceed without prepayment of fees and account certification form to Petitioner along with a copy of this Order.

**SO ORDERED and DIRECTED**, this 13th day of May, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
