IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRAVIS WILLIAMS , | * |
| Petitioner, | * |
| v. | Case No.  5:25-cv-00151-MTT-CHW |
| | * |
| HOUSTON COUNTY GEORGIA , | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 14, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 14th day of July, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk